1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| KAYVAN MOHAMMAD OSKUIE, | Case No.  1:24-cv-00128-BAM (PC) |
| Plaintiff, | ORDER TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| v. | |
| YAKUSH, | **THIRTY (30) DAY DEADLINE** |
| Defendant. | |

16

Plaintiff Kayvan Mohammad Oskuie ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The Clerk of the Court shall send to Plaintiff the attached **non-prisoner** application to proceed *in forma pauperis*;

2.  Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a **non-prisoner**, completed and

1

signed, or in the alternative, pay the $405.00 filing fee for this action; and

3.     **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **January 30, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE